**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIREROCK GLOBAL OPPORTUNITY FUND LP, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>RUBICON TECHNOLOGY, INC., RAJA M. PARVEZ, WILLIAM F. WEISSMAN, DON N. AQUILANO, DONALD R. CALDWELL, MICHAEL E. MIKOLAJCZYK, RAYMOND J. SPENCER, CANACCORD GENUITY INC. and D.A. DAVIDSON & CO.,<br><br>        Defendants. | Case No. 15-cv-03813<br><br>Hon. Manish S. Shah |

**MOTION OF CARLOS BARROS TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S CHOICE OF COUNSEL**

Carlos Barros ( "Mr. Barros" or "Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff in this action pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 ("PLSRA"); and (2) approving its selection of the law firm of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel to represent the Class in this Action, pursuant to Section 27(a)(3)(B)(v) of the Securities Act, 15 U.S.C. § 77z-1 (a)(3)(B)(v), as amended by Section 101(a) of the PSLRA, and Heffner Hurst ("HH") as Local Counsel for the Class. In support of this motion, Movant states:

1. This motion is based on this Motion, the Memorandum of Law in support thereof, with attached exhibits, the pleadings on file in this action, oral argument, and such other matters as the Court may consider in hearing this motion.

2. Mr. Barros makes this Motion in the belief that he is the most "adequate plaintiff" as defined in the PSLRA because Mr. Barros believes that he has the largest financial interest in the relief sought by the Class due to the substantial losses he incurred as a result of his purchases of shares of Rubicon Technology, Inc. pursuant to the March 2014 Offering. Furthermore, Mr. Barros satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.

3. Mr. Barros further requests that the Court approve the selection of his counsel KSF as Lead Counsel for the class and HH as Local Counsel for the Class. KSF is a nationally-recognized law firm with significant securities and class action litigation experience, and has the resources to effectively prosecute this action.

4. For all of the foregoing reasons, Mr. Barros respectfully requests that this Court: (1) appoint Mr. Barros to serve as Lead Plaintiff in this action; (2) approve Mr. Barros' selection of Lead Counsel and Local Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: June 29, 2015                                HEFFNER HURST

                                                     /s/ Matthew T. Heffner
Matthew T. Heffner
30 N. LaSalle, Suite 1210
Chicago, Illinois 60602
312.346.3466

*Local Counsel for Lead Plaintiff Movant Carlos Barros*

KAHN SWICK & FOTI, LLC
Kim E. Miller
250 Park Ave., Suite 2040

New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

-and-

Lewis S. Kahn
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Proposed Lead Counsel for Lead Plaintiff Movant Carlos Barros*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 29, 2015, he caused true copies of the foregoing **MOTION OF CARLOS BARROS TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S CHOICE OF COUNSEL** to be served to be served upon all counsel of record using the Court's CM/ECF system.

/s/ Matthew T. Heffner
Matthew T. Heffner