# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIREROCK GLOBAL OPPORTUNITY FUND LP, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 15-cv-03813 <br>) |
| vs. | ) Hon. Manish S. Shah <br>) |
| RUBICON TECHNOLOGY, INC., RAJA M. PARVEZ, WILLIAM F. WEISSMAN, DON N. AQUILANO, DONALD R. CALDWELL, MICHAEL E. MIKOLAJCZYK, RAYMOND J. SPENCER, CANACCORD GENUITY INC. and D.A. DAVIDSON & CO., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

To: See Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, July 7, 2015 at 9:45 a.m., or as soon as practicable as this matter may be heard, the undersigned shall appear before the Honorable Judge Manish S. Shah, United States District Court, Northern District of Illinois, Eastern Division, Courtroom 1719, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **MOTION OF CARLOS BARROS TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S CHOICE OF COUNSEL**, a copy of which is attached herewith and served upon you.

Dated: June 29, 2015                                HEFFNER HURST

                                                          /s/ Matthew T. Heffner
                                                        Matthew T. Heffner
                                                        30 N. LaSalle, Suite 1210
                                                        Chicago, Illinois 60602
                                                        312.346.3466

*Local Counsel for Lead Plaintiff Movant Carlos Barros*

KAHN SWICK & FOTI, LLC
Kim E. Miller
250 Park Ave., Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

-and-

Lewis S. Kahn
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Proposed Lead Counsel for Lead Plaintiff Movant Carlos Barros*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 29, 2015, he caused true copies of the foregoing **NOTICE OF MOTION** to be served to be served upon all counsel of record using the Court's CM/ECF system.

>                             */s/ Matthew T. Heffner*
>                             Matthew T. Heffner