# EXHIBIT B

**Loss Chart for Carlos Barros in Securities of Rubicon Technology, Inc. pursuant to March 2014 Offering**

| Purchase Date | Shares Bought | Purchase Price | Cost | Sale Date | Price* | Proceeds* | Loss/Gain* |
|---|---|---|---|---|---|---|---|
| 3/27/2014 | 500 | $11.30 | $5,650.00 | held | $3.84 | $1,920.00 | -$3,730.00 |
| 4/8/2014 | 500 | $10.99 | $5,495.00 | held | $3.84 | $1,920.00 | -$3,575.00 |
| 4/14/2014 | 500 | $10.60 | $5,300.00 | held | $3.84 | $1,920.00 | -$3,380.00 |
| 4/29/2014 | 500 | $9.80 | $4,900.00 | held | $3.84 | $1,920.00 | -$2,980.00 |
| TOTALS | 2,000 | | $21,345.00 | | | $7,680.00 | -$13,665.00 |

| | |
|---|---|
| TOTAL DAMAGED SHARES: | 2,000 |
| TOTAL LOSSES: | -$13,665.00 |
| DURA LOSSES: | -$13,665.00 |

*Value of Price, Proceeds and Loss/Gain calculated using a holding value of $3.84, the closing price of the common stock of Rubicon Technology, Inc. on the date of the filing of the Complaint.