UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FIREROCK GLOBAL OPPORTUNITY FUND LP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RUBICON TECHNOLOGY, INC., et al., <br><br> Defendants. | ) Case No. 1:15-cv-03813-MSS-SF <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) Judge Manish S. Shah <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FIREROCK GLOBAL OPPORTUNITY FUND LP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

1046494_1

Firerock Global Opportunity Fund LP ("Firerock") moves this Court for an Order: (1) appointing Firerock as lead plaintiff in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995; and (2) approving Firerock's selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the class. In support of this Motion, Firerock submits a memorandum of law and true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on April 30, 2015; |
| Exhibit B: | Firerock's Certification; |
| Exhibit C: | Chart of Firerock's estimated losses; and |
| Exhibit D: | Robbins Geller Rudman & Dowd LLP firm résumé. |

DATED: June 29, 2015

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        BRIAN O. O'MARA (ILND-GB-7289)

        s/ BRIAN O. O'MARA
        BRIAN O. O'MARA

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

- 1 -

1046494_1

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar #6255605)
FRANK RICHTER (IL Bar #631001)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

ABRAHAM, FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)
jfruchter@aftlaw.com

Additional Counsel for Plaintiff

- 2 -

1046494_1

CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2015.

s/ Brian O. O'Mara
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:bomara@rgrdlaw.com

1046494_1

# Mailing Information for a Case 1:15-cv-03813 Firerock Global Opportunity Fund LP v. Rubicon Technology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **John F. Batter , III**
  john.batter@wilmerhale.com

- **Gregory David Chisholm**
  gregory.chisholm@wilmerhale.com

- **Christina M. Egan**
  cegan@mcguirewoods.com,Karen.Wasserott@usdoj.gov,USAILN.ECFAUSA@usdoj.gov

- **Jacob Paul Hildner**
  jhildner@mcguirewoods.com

- **Peter J. Huh**
  phuh@reedsmith.com,knielsen@reedsmith.com

- **Seth A. Moskowitz**
  seth.moskowitz@wilmerhale.com

- **Brian O O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`