# EXHIBIT B

CERTIFICATION OF FIREROCK GLOBAL OPPORTUNITY FUND LP
IN SUPPORT OF CLASS ACTION COMPLAINT

FIREROCK GLOBAL OPPORTUNITY FUND LP ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint prepared by counsel in the above-captioned case and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period, plaintiff executed the following transactions in the stock of Rubicon Technology, Inc. See Attachment A:

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve as a representative party on behalf of a class in the following actions filed under the federal securities laws:

   *Firerock Global Opportunity Fund LP, et al. v. Castlight Health, Inc., et al.*, No. CIV533203 (Cal. Super. San Mateo County)

6. Plaintiff will not accept payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of April, 2015.

_____
FIREROCK GLOBAL OPPORTUNITY FUND LP

ATTACHMENT A

| Date | Action | Amount | Price |
|---|---|---|---|
| March 19, 2014 | Buy | 1,000 shares | $13.00 |