# EXHIBIT C

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Firerock Global Opportunity Fund** | 03/19/2014 | 1,000 | $13.00 | $13,000.00 | held | 1,000 | $3.84 | $3,840.00 | |
| **Movant's Total** | | **1,000** | | **$13,000.00** | | **1,000** | | **$3,840.00** | **($9,160.00)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the date of complaint filed. The price used is $3.84 as of April 30, 2015.