UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| FIREROCK GLOBAL OPPORTUNITY FUND LP, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:15-cv-03813-MSS-SF<br><br>CLASS ACTION<br><br>Judge Manish S. Shah |
| Plaintiff, | | |
| vs. | | |
| RUBICON TECHNOLOGY, INC., et al., | | |
| Defendants. | | |

NOTICE OF PRESENTMENT OF FIREROCK GLOBAL OPPORTUNITY FUND LP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

1046508_1

PLEASE TAKE NOTICE THAT on Thursday, July 2, 2015 at 9:45 a.m., or as soon thereafter as counsel may be heard, counsel for Firerock Global Opportunity Fund LP ("Firerock") shall appear before the Honorable Manish S. Shah or any judge sitting in his stead, in Courtroom 1719 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and there and then present Firerock's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, a copy of which is served upon you.

DATED: June 29, 2015

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN O. O'MARA (ILND-GB-7289)


       s/ BRIAN O. O'MARA
        BRIAN O. O'MARA

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
JAMES E. BARZ (IL Bar #6255605)
FRANK RICHTER (IL Bar #631001)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

- 1 -

1046508_1

        ABRAHAM, FRUCHTER & TWERSKY LLP
        JACK G. FRUCHTER
        One Penn Plaza, Suite 2805
        New York, NY 10119
        Telephone: 212/279-5050
        212/279-3655 (fax)
        jfruchter@aftlaw.com

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2015.

                s/ Brian O. O'Mara
                BRIAN O. O'MARA

                ROBBINS GELLER RUDMAN
                   &amp; DOWD LLP
                655 West Broadway, Suite 1900
                San Diego, CA 92101-8498
                Telephone: 619/231-1058
                619/231-7423 (fax)

                E-mail:bomara@rgrdlaw.com

1046508_1

# Mailing Information for a Case 1:15-cv-03813 Firerock Global Opportunity Fund LP v. Rubicon Technology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **John F. Batter , III**
  john.batter@wilmerhale.com

- **Gregory David Chisholm**
  gregory.chisholm@wilmerhale.com

- **Christina M. Egan**
  cegan@mcguirewoods.com,Karen.Wasserott@usdoj.gov,USAILN.ECFAUSA@usdoj.gov

- **Jacob Paul Hildner**
  jhildner@mcguirewoods.com

- **Peter J. Huh**
  phuh@reedsmith.com,knielsen@reedsmith.com

- **Seth A. Moskowitz**
  seth.moskowitz@wilmerhale.com

- **Brian O O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`