**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIREROCK GLOBAL OPPORTUNITY FUND LP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RUBICON TECHNOLOGY, INC., RAJA M. PARVEZ, WILLIAM F. WEISSMAN, DON N. AQUILANO, DONALD R. CALDWELL, MICHAEL E. MIKOLAJCZYK, RAYMOND J. SPENCER, CANACCORD GENUITY INC. and D.A. DAVIDSON & CO., <br><br> Defendants. | Case No. 15-cv-03813 <br><br> Hon. Manish S. Shah |

**NOTICE OF NON-OPPOSITION TO THE MOTION OF FIREROCK GLOBAL OPPORTUNITY FUND, LP TO BE APPOINTED AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL**

Upon review and analysis of the lead plaintiff motions filed with the Court on June 29, 2015, Lead Plaintiff movant Carlos Barros ("Mr. Barros") respectfully submits this notice of non-opposition to the motion of plaintiff and Lead Plaintiff movant Firerock Global Opportunity Fund, LP ("Firerock") to be appointed Lead Plaintiff and for approval of its selection of Lead Counsel. Nevertheless, in the event that Firerock is not appointed as Lead Plaintiff, Mr. Barros stands ready, willing, and able to serve as Lead Plaintiff on behalf of the proposed class in this litigation.

This notice shall have no effect on and is without prejudice to Mr. Barros' status as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated: July 13, 2015 HEFFNER HURST

/s/ Matthew T. Heffner
Matthew T. Heffner
30 N. LaSalle, Suite 1210
Chicago, Illinois 60602
312.346.3466

*Local Counsel for Movant Carlos Barros*

KAHN SWICK & FOTI, LLC
Kim E. Miller
250 Park Ave., Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

-and-

Lewis S. Kahn
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Proposed Lead Counsel for Movant Carlos Barros*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 13, 2015, he caused true copies of the foregoing **NOTICE OF NON-OPPOSITION TO THE MOTION OF FIREROCK GLOBAL OPPORTUNITY FUND, LP TO BE APPOINTED AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL** to be served to be served upon all counsel of record using the Court's CM/ECF system.

> */s/ Matthew T. Heffner*
> Matthew T. Heffner