# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Firerock Global Opportunity Fund LP

                              Plaintiff,

v.                                                            Case No.: 1:15−cv−03813

Rubicon Technology, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31,2015:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the parties' stipulation, Plaintiff's Amended Complaint shall be filed by July 31, 2015; Defendants' motions to dismiss and supporting memoranda of law shall be filed by Oc tober 1, 2015; Plaintiff's response to Defendants' motions to dismiss shall be filed by November 17, 2015; Defendants' reply briefs in support of their motions to dismiss shall be filed by December 17, 2015; the status hearing set for September 29, 2015 is rescheduled to 9:30 a.m. on January 28, 2016. Notices mailed by Judicial Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.