UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FIREROCK GLOBAL OPPORTUNITY FUND LP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RUBICON TECHNOLOGY, INC., et al., <br><br> Defendants. | Case No. 1:15-cv-03813 <br><br> <u>CLASS ACTION</u> <br><br> Judge Manish S. Shah |

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1106933_1

1.  Lead Plaintiff Firerock Global Opportunity Fund LP hereby moves the Court for entry of an Order: (1) preliminarily approving the Settlement Agreement dated January 15, 2016; (2) certifying the Class for settlement purposes; (3) approving the form and method for providing notice of the Settlement to Class Members; and (4) scheduling a final Settlement Hearing.

2.  This motion is based upon the Settlement Agreement and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declaration of Michael Joaquin in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Accordingly, Lead Plaintiff requests that the Court enter the Notice Order.

DATED: January 19, 2016            Respectfully submitted,

                                            ROBBINS GELLER RUDMAN
                                            &amp; DOWD LLP
                                              JEFFREY D. LIGHT

                                                      Jeffrey D. Light
                                                    JEFFREY D. LIGHT

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101-8498
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar #6255605)
FRANK RICHTER (IL Bar #631001)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ABRAHAM, FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)
jfruchter@aftlaw.com

Lead Counsel for Plaintiff and the Class

- 2 -

1106933_1

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 19, 2016.

s/ Jeffrey D. Light
JEFFREY D. LIGHT

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: jeffl@rgrdlaw.com

# Mailing Information for a Case 1:15-cv-03813 Firerock Global Opportunity Fund LP v. Rubicon Technology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carlos Barros**
  mheffner@heffnerhurst.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **John F. Batter , III**
  john.batter@wilmerhale.com

- **Gregory David Chisholm**
  gregory.chisholm@wilmerhale.com

- **Lawrence P Fogel**
  lawrence.fogel@sidley.com,efilingnotice@sidley.com

- **David Andrew Gordon**
  dgordon@sidley.com,efilingnotice@sidley.com

- **David F. Graham**
  dgraham@sidley.com,efilingnotice@sidley.com

- **Matthew Thomas Heffner**
  mheffner@heffnerhurst.com,mhurst@heffnerhurst.com

- **Mark Stuart Hersh**
  mhersh@reedsmith.com

- **Peter J. Huh**
  phuh@reedsmith.com,knielsen@reedsmith.com

- **Jeffrey D. Light**
  jeffl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Seth A. Moskowitz**
  seth.moskowitz@wilmerhale.com

- **Brian O O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`