UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIREROCK GLOBAL OPPORTUNITY FUND LP, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RUBICON TECHNOLOGY, INC., RAJA M. PARVEZ, WILLIAM F. WEISSMAN, DON N. AQUILANO, DONALD R. CALDWELL, MICHAEL E. MIKOLAJCZYK, RAYMOND J. SPENCER, CANACCORD GENUITY INC. and D.A. Davidson & Co.,<br><br>　　　　Defendants. | Case No. 1:15-cv-03813-MSS-SMF<br><br>CLASS ACTION<br><br>Honorable Manish S. Shah |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Gregory Chisholm respectfully requests that he be permitted to withdraw as counsel of record for Canaccord Genuity Inc. and D.A. Davidson & Co. (collectively "the Canaccord Defendants"), and states as follows:

　　1.　　Gregory Chisholm of WilmerHale has filed his appearance as counsel of record for the Canaccord Defendants.

　　2.　　Gregory Chisholm is no longer with the firm of WilmerHale. The attorneys at WilmerHale and Reed Smith will continue the representation of the Canaccord Defendants.

　　3.　　The Canaccord Defendants will not be prejudiced or harmed by the withdrawal of Attorney Gregory Chisholm.

#126262679

- 2 -

Wherefore, Gregory Chisholm respectfully moves this Court to allow him to withdraw as counsel in this matter.

Dated:  March 25, 2016

                                          Co-Counsel:

Reed Smith, LLP
PETER J. HUH (IL Bar #6289787)

/s/ Peter J. Huh
10 S. Wacker Drive, 40th Floor
Chicago, IL  60606
Telephone:  312/207-1000
Facsimile:   312/207-6400
phuh@reedsmith.com

/s/ Gregory Chisholm
Gregory Chisholm
WilmerHale
60 State Street
Boston, MA  02109
Telephone:  617/526-6168
Facsimile:   617/526-5000

Attorneys for Canaccord Genuity Inc. and D. A. Davidson & Co.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 25, 2016, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

                                           /s/ Peter J. Huh
                                           PETER J. HUH