#126262679

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FIREROCK GLOBAL OPPORTUNITY FUND LP, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 1:15-cv-03813-MSS-SMF |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | Honorable Manish S. Shah |
| RUBICON TECHNOLOGY, INC., RAJA M. PARVEZ, WILLIAM F. WEISSMAN, DON N. AQUILANO, DONALD R. CALDWELL, MICHAEL E. MIKOLAJCZYK, RAYMOND J. SPENCER, CANACCORD GENUITY INC. and D.A. Davidson & Co., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>NOTICE OF MOTION</u>

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on March 31, 2016 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, Courtroom 1719, and then and there present **MOTION TO WITHDRAW AS COUNSEL**, a copy of which is herewith served upon you.

Dated:  March 25, 2016                           Reed Smith, LLP

PETER J. HUH (IL Bar #6289787)

/s/ Peter J. Huh
10 S. Wacker Drive, 40th Floor
Chicago, IL  60606
Telephone:  312/207-1000
Facsimile:   312/207-6400
phuh@reedsmith.com

- 2 -

And

/s/ Gregory Chisholm
Gregory Chisholm
WilmerHale
60 State Street
Boston, MA  02109
Telephone:  617/526-6168
Facsimile:   617/526-5000

Attorneys for Canaccord Genuity Inc. and
D. A. Davidson & Co.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2016, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Peter J. Huh
PETER J. HUH