## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Firerock Global Opportunity Fund LP

                                  Plaintiff,

v.                                                                        Case No.: 1:15−cv−03813
                                                                           Honorable Manish S. Shah

Rubicon Technology, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 20, 2016:

       MINUTE entry before the Honorable Manish S. Shah: Final approval hearing held. For the reasons stated in open court, the motion for final approval of class action settlement [74] is granted. Enter Order Approving Plan of Allocation of Settlement Proceeds. Enter Order Awarding Attorneys' Fees and Expenses. Enter Final Judgment and Order of Dismissal. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.